ORDER:
Motion denied as moot.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEE J. DOWNING,<br><br>　Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, DOLLAR GENERAL CORPORATION SEVERANCE PLAN FOR VICE PRESIDENTS, and BENEFITS ADMINISTRATION COMMITTEE OF DOLLAR GENERAL CORPORATION,<br><br>　Defendants. | )<br>)<br>)<br>)<br>)<br>) No.　　3:10-01211<br>)　　　Chief Judge Campbell<br>) Magistrate　　Judge Bryant<br>)<br>)<br>)<br>)<br>)<br>) |
| DOLLAR GENERAL CORPORATION and DOLLAR GENERAL CORPORATION SEVERANCE PLAN FOR VICE PRESIDENTS,<br><br>　Counter-Plaintiffs,<br><br>v.<br><br>LEE J. DOWNING,<br><br>　Counter-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STRIKE THE CASE MANAGEMENT ORDER UNTIL
PRESENTLY PENDING DISCOVERY MOTIONS ARE DECIDED**

Plaintiff/Counter-Defendant Lee J. Downing ("Downing") and Defendants/

Counter-Plaintiffs Dollar General Corporation, Dollar General Corporation Severance

Plan for Vice Presidents, and Defendant Benefits Administration Committee of Dollar

General Corporation (all three collectively "Dollar General") jointly move this Honorable

Court to strike the Case Management Order currently entered in this case (Docket No.