**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| LEE J. DOWNING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:10-01211 |
| | ) Chief Judge Campbell |
| DOLLAR GENERAL CORPORATION, DOLLAR GENERAL CORPORATION SEVERANCE PLAN FOR VICE PRESIDENTS, and BENEFITS ADMINISTRATION COMMITTEE OF DOLLAR GENERAL CORPORATION, | ) Magistrate Judge Bryant ) ) ) ) ) ) |
| Defendants. | ) ) |
| DOLLAR GENERAL CORPORATION and DOLLAR GENERAL CORPORATION SEVERANCE PLAN FOR VICE PRESIDENTS, | ) ) ) ) ) |
| Counter-Plaintiffs, | ) |
| v. | ) |
| LEE J. DOWNING, | ) |
| Counter-Defendant. | ) |

**JOINT MOTION TO STRIKE THE CASE MANAGEMENT ORDER UNTIL PRESENTLY PENDING DISCOVERY MOTIONS ARE DECIDED**

Plaintiff/Counter-Defendant Lee J. Downing ("Downing") and Defendants/ Counter-Plaintiffs Dollar General Corporation, Dollar General Corporation Severance Plan for Vice Presidents, and Defendant Benefits Administration Committee of Dollar General Corporation (all three collectively "Dollar General") jointly move this Honorable Court to strike the Case Management Order currently entered in this case (Docket No.